# Site Accessibility Evaluation

## Americans with Disabilities Act
## And
## Title 24 And Part 2 - California Building Code



**Prepared By**



# Building Principles
## Certified Access Specialists

**(951) 526 - 7960**
**www.buildingprinciples.com**

**Commercial Plaza**

**1542 E Collins Ave**
**Orange, CA 92867**

*CASp Evaluation*

*Inspection Date: 04/24/2021*
*Inspector: Jason James,*
*CASp-479*

## Parking

### Finding: 1

**Accessible parking is provided in compliance with applicable standards.**

**Each lot where parking is provided for the public as clients, guests or employees, shall provide accessible parking and shall be located on the shortest accessible route of travel from adjacent parking to an accessible entrance.**

**A minimum of one accessible stall is required and it must be sized and designated as a van accessible stall.**

*2019 CBC 11B (CA) Section 11B-208.2.4*
*For every six or fraction of six parking spaces required by Section 11B-208.2 to comply with Section 11B-502, at least one shall be a van parking space complying with Section 11B-502.*

*2010 ADAS Section 208.2.4*
*For every six or fraction of six parking spaces required by 208.2 to comply with 502, at least one shall be a van parking space complying with 502.*

### Citation:

**2019 CBC 11B (CA) Section: 11B-208.2.4**

**2010 ADAS Section: 208.2.4**



### 208.2 Parking Spaces

| Total Number of Parking Spaces Provided in Parking Facility | Minimum Number of Required Accessible Parking Spaces |
|---|---|
| 1 to 25 | 1 |
| 26 to 50 | 2 |
| 51 to 75 | 3 |
| 76 to 100 | 4 |
| 101 to 150 | 5 |
| 151 to 200 | 6 |
| 201 to 300 | 7 |
| 301 to 400 | 8 |
| 401 to 500 | 9 |
| 501 to 1000 | 2 percent of total |
| 1001 and over | 20, plus 1 for each 100, or fraction thereof, over 1000 |

**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





*Commercial Plaza - 1542 E Collins Ave Orange, CA 92867*

## Accessible Route

### Finding: 2

**Accessible routes are provided in compliance with applicable standards.**

**At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility they serve.**

*2019 CBC 11B (CA) Section 11B-206.2.1*
*At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve. Where more than one route is provided, all routes must be accessible.*

*2010 ADAS Section 206.2.1*
*At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve.*

### Citation:

**2019 CBC 11B (CA) Section: 11B-206.2.1**

**2010 ADAS Section: 206.2.1**



**Finding #2 Additional Finding Photos**





**Finding #2 Additional Finding Photos**





**Finding #2 Additional Finding Photos**





**Finding #2 Additional Finding Photos**





**Finding #2 Additional Finding Photos**





**Finding #2 Additional Finding Photos**





**Finding #2 Additional Finding Photos**



